Philip Greenman, Appellant, *v.* General Reinsurance Corporation, Respondent.

(Argued October 11, 1933; decided October 27, 1933.)

*Jay Leo Rothschild, Barnet Kaprow, David L. Weissman* and *Walter S. Beck* for appellant.

*Hartwell Cabell, James M. Lown* and *Joseph S. Catalano* for respondent.

*Hyman R. Friedman* for Hugo Senker, *amicus curiæ.*

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.